

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable Clifford B. Jones, President
Texas Technological College
Lubbock, Texas

Dear Sir:          Opinion No. O-3638
                   Re: Legality of employing husband
                       and wife on faculty of Texas
                       Technological College.

This will acknowledge your letter of July 9, 1941, requesting the opinion of this department on the following question:

"The wife of a faculty member has applied for a position of instruction in Texas Technological College. The said wife is not employed by this institution nor is she on state payroll of any sort.

"It will be appreciated if you will kindly advise whether there is statutory inhibition to the employment on this faculty of the said wife."

Article 2630 of the Revised Civil Statutes, 1925, vests the control and management of the Texas Technological College in a board of nine directors. We assume as a fact that neither the husband, now a member of the faculty, nor the wife, whose employment is contemplated, is related to any member of the board.

With this in mind, it is our opinion and you are advised that the employment of the wife will be quite lawful. Her employment is not prohibited by the Appropriation Bill for the Institutions of Higher Learning, H.B. No. 255, Special Laws, 1939, 46th Legislature, page 310; or by the Appropriation Bill for the ensuing biennium, H. B. No. 872, Acts 1941, 47th Legislature. Likewise, her employment is not within the

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

Hon. Clifford B. Jones, President, Page 2

nepotism statutes, Articles 432, 433, Vernon's Annotated Penal Code.

The situation presented in your letter is almost identical to the one we had before us in considering Opinion No. 0-845, which reads as follows:

"In your inquiry of October 28, 1939, you state that the assistant auditor of the Texas State College for Women is the father of the business manager. You ask if this relationship constitutes a violation of any law so as to invoke the operation of Article 435, Penal Code, or any other statutory prescription or penalty.

"Article 2627, Revised Statutes, outlines the duties and powers of the Board of Regents of the Texas State College for Women. Article 2625, Revised Statutes, provides, among other things, that the Board shall have the power incident to their position, and to the same extent, so far as may be applicable, as is conferred by law on the Regents of the State University.

"These statutes make it clear that the Board of Regents employ the professors, agents and employees of the college, and we find nothing in the statutes which would prevent the Board of Regents employing an entire family, if they saw fit to do so, provided, of course, that the family employed is not related within the prohibition degree, to any member of the Board of Regents.

"We therefore answer that the fact that the father of the business manager of the college is assistant auditor does not in anywise infringe the Nepotism statutes of this State."

It is our opinion that the wife of a member of the faculty of the Texas Technological College may

Hon. Clifford B. Jones, President, Page 3

be employed by the Board of Directors of the College.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By

James D. Smullen
Assistant

APPROVED JUL 22, 1941

FIRST ASSISTANT
ATTORNEY GENERAL

JDS:ob

APPROVED
OPINION
COMMITTEE
BY BWB
CHAIRMAN